Neil M. Alexander, Bar No. 020757
nalexander@littler.com
Sarah K. Watt, Bar No. 033292
swatt@littler.com
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.597.1801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Roman,<br><br>        Plaintiff,<br><br>v.<br><br>Amazon.com Services LLC,<br><br>        Defendant. | Case No. 2:21-cv-00619-SPL<br><br>**NOTICE OF SETTLEMENT** |

    Defendant Amazon.com Services LLC gives notice that the parties have reached a settlement of the claims in the above-referenced matter.  The parties anticipate that they will file a stipulation and form order for dismissal of this case with prejudice within the next thirty (30) days.

DATED this 4th day of June 2021.

                                          *s/ Sarah K. Watt*
                                          Neil M. Alexander
                                          Sarah K. Watt
                                          LITTLER MENDELSON P.C.
                                          Attorneys for Defendant

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 4th day of June 2021 to:

Marshall R. Hunt
DAVIS MILES MCGUIRRE GARDNER, PLLC
40 East Rio Salado Pkwy, Suite 425
Tempe, AZ 85281
Efile.dockets@davismiles.com
*Attorney for Plaintiff*

Courtney Lowery
Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
courtney@sanfordlawfirm.com
josh@sanfordlawfirm.com
*Pro Hac*

*s/ Vicky Ramirez*

4853-2234-1356.1 / 090069-1482

LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2