IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Roman, | No. CV-21-00619-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Amazon.com Services LLC, | |
| Defendant. | |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's June 7, 2021 Order (Doc. 15),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 9th day of July, 2021.

Honorable Steven P. Logan
United States District Judge